MARCH 4, 1974

No. 73–298. VELA ET AL. *v.* VOWELL, COMMISSIONER OF PUBLIC WELFARE OF TEXAS, ET AL. Appeal from D. C. W. D. Tex. Motion of appellants for leave to proceed further herein *in forma pauperis* granted. Judgment affirmed. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–6081. BUTLER *v.* WILSON, GOVERNOR OF NEW YORK, ET AL. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–1083. BENNETT, ADMINISTRATRIX *v.* GEELER ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 73–6116. MAS *v.* LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal question.

No. 73–1108. PANKO *v.* DONOVAN ET AL. Appeal from Cir. Ct. Cook County, Ill., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.